UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.                     ) | No. 3:19-mj-00091-MPB *SEALED* |
| ) | |
| TRENT WALKER,                 ) | -01 |
| ) | |
| Defendant.   ) | |

**ORDER TO RELEASE PRETRIAL SERVICES REPORT**

This matter comes before the court on counsels' motion for release of the Pretrial Services Report (the "Report"). The court has examined the following matters as required by the Confidentiality Regulations contained in Volume 8, Part A, Appendix 5A to the *Guide to Judiciary Policy*:

   (1) any promise of confidentiality to the source(s) of the information contained in the Report;

   (2) any harm that such release might cause to any person;

   (3) the objective of promoting a candid and truthful relationship between the Defendant and the Pretrial Services Officer in order to obtain the most complete and accurate information possible for the Judicial Officer; and

   (4) the purpose of the disclosure.

After due consideration, the court finds that there is good cause for the release of the Report, subject to the following conditions:

   (1) the Report may not be disclosed to any other person or entity;

   (2)  the Report may only be used for purposes of bail determination, including preparation of any detention order; and

   (3) the parties are prohibited from using the Report for prosecutorial purposes, including future plea negotiations or disposition hearings.

The Pretrial Services Officer is directed to release the Report to counsel for the United States of America and counsel for the above-referenced defendant.

SO ORDERED.

Dated: August 16, 2019

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Served electronically to all ECF-registered counsel of record.